HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
BRIANNA FULLER MIRCHEFF (Bar No. 243641)
(E-Mail: Brianna_Mircheff@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4784
Facsimile: (213) 894-0081

Attorneys for Petitioner
MARCUS FLOYD THOMAS

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MARCUS FLOYD THOMAS,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. SACV 16-1025-AG<br><br>Case No. SACR 08-0014-AG<br><br>**ORDER DISMISSING MOTION PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

GOOD CAUSE HAVING BEEN SHOWN, Petitioner's Motion to Vacate, filed pursuant to 28 U.S.C. § 2255, is DISMISSED without prejudice.

DATED: April 12, 2017

By _____
HON. ANDREW J. GUILFORD
United States District Judge

Presented by:

/s/ *Brianna Fuller Mircheff*
Brianna Fuller Mircheff
Deputy Federal Public Defender